Sherry Lynn Minson, Esq. - State Bar No. 203038
28401 First Gate Road
Willits, California 95490

E-mail: minson@starband.net

Telephone/Fax: (707) 459-4869

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STEWART, | No. CV 11-04438 MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE AND ORDER SETTING NEW SCHEDULE |
| vs. | |
| SEIU UNITED HEALTHCARE WORKERS-WEST (SEIU Local 2005), PHYLLIS WILLETT, and ROSA VANEGAS | Date: |
| | Time: |
| Defendants | Judge: Maria-Elena James, Chief Magistrate Judge |

Plaintiff having requested relief from the current Case Management Schedule in this matter and there being no apparent harm to the Defendants from extending time in this matter, the deadline for meeting and conferring on an ADR process is now set for January 5, 2012, the deadline for submission of a joint Case Management Statement is now set for January 19, 2012, and the Case Management Conference is to be held on January 26, 2012.

It is so ordered.

1
2                                        Dated this 21, day of November, 2011
3
4                                        By_____
5                                              The Hon. Maria-Elena James
                                               Chief Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STEWART v. SEIU UNITED HEALTHCARE WORKERS WEST et al. No. CV 11-04438 MEJ– Order Granting Relief from

Case Management Schedule and Order Setting New Schedule- 2