United States District Court
For the Northern District of California

1

2               IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  Stewart,                                No. CV11-04438 JSW

6          Plaintiff,
                                        **ORDER SCHEDULING TRIAL AND**
7     v.                                     **PRETRIAL MATTERS**

8  SEIU United Healthcare Workers-West
   (SEIU Local 20,
9

10         Defendant.
                                      /
11

12

13       Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

14  Management Statement is adopted, except as expressly modified by this Order.  It is further

15  ORDERED that:

16       **A.     DATES**

17  Jury Trial Date:  3/11/2013, at 8:00 a.m.,

18  Pretrial Conference:  Monday, 2/19/2013, at 2:00 p.m.

19  Last Day to Hear Dispositive Motions:  Friday, 12/7/2012, 9:00 a.m.

20  Completion of Expert Depositions:  11/9/2012

21  Last Day for Expert Designations: 10/12/2012

22  Close of Non-expert Discovery: 9/7/2012

23

24       **B.     DISCOVERY**

25       The parties are reminded that a failure voluntarily to disclose information pursuant to

26  Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

27  pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

28  non-expert discovery, lead counsel for each party shall serve and file a certification that all

supplementation has been completed.

United States District Court

For the Northern District of California

**C.      ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred to court-connected mediation, to be conducted by September 4, 2012.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

**D.      PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  May 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2