BRUCE A. HARLAND, Bar No. 230477
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: csencer@unioncounsel.net

Attorneys for Defendants
SEIU UNITED HEALTHCARE WORKERS-WEST
and ROSA VANEGAS

SHERRY LYNN MINSON, Bar No. 203038
28401 First Gate Road
Willits, California 95490
Telephone/Facsimile (707) 459-4869
Email: minson@starband.net

Attorney for Plaintiff
SARAH STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STEWART,<br><br>  Plaintiff,<br><br>  v.<br><br>SEIU UNITED HEALTHCARE WORKERS-WEST (SEIU Local 2005 and ROSA VANEGAS),<br><br>  Defendants. | No. CV 11-04438 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Jeffrey S. White |

    The parties to this matter are scheduled for mediation to be held August 24, 2012. Pursuant to the prior case management order, a discovery cutoff of September 7, 2012 is currently in place with the last day to serve discovery set as August 3, 2012.

//

//
**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

JOINT STIPULATION AND [PROPOSED] ORDER    CASE NO. CV 11-04438 JSW

In an effort to avoid unnecessary use of resources, the parties hereby stipulate to extend the last day to serve discovery and the discovery cutoff by six weeks such that September 14, 2012 shall be the last day to serve discovery and October 19, 2012 shall be the discovery cutoff.

SO STIPULATED:

Dated: July 23, 2012    WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ Caren P. Sencer
By: CAREN P. SENCER
Attorneys for Defendants
SEIU UNITED HEALTHCARE WORKERS-WEST and ROSA VANEGAS

Dated: July 23, 2012    SHERRY LYNN MINSON, ESQ.

/s/ Sherry Lynn Minson
By: SHERRY LYNN MINSON
Attorneys for Plaintiff
SARAH STEWART

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 25, 2012

UNITED STATES DISTRICT JUDGE

129459/677040

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001