1  ROBERTA D. PERKINS, Bar No. 153074
   BRUCE A. HARLAND, Bar No. 230477
2  CAREN P. SENCER, Bar No. 233488
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  rperkins@unioncounsel.net
6
   Attorneys for Defendant
7  SEIU UNITED HEALTHCARE WORKERS-WEST

8  SHERRY LYNN MINSON, Bar No. 203038
   28401 First Gate Road
9  Willits, California 95490
   Telephone/Facsimile  (707) 459-4869
10 Email: slminson@gmail.com

11 Attorney for Plaintiff
   SARAH STEWART
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 SARAH STEWART,                        No. CV 11-04438 JSW

16                    Plaintiff,          **NOTICE OF SETTLEMENT OF
                                         ACTION, STIPULATION REGARDING
17        v.                             TRIAL; [PROPOSED] ORDER**

18 SEIU UNITED HEALTHCARE WORKERS-       Judge:      Hon. Jeffrey S. White
   WEST (SEIU Local 2005),
19                                       Trial Date:  March 11, 2013
20                    Defendant.

21

22

23        The parties participated in a settlement conference with Magistrate Judge Elizabeth

24 LaPorte on January 18, 2013, and reached an agreement in principal to fully resolve all remaining

25 claims in the case.  The terms of the settlement were confirmed on the record and the agreement

26 reached was binding as to all parties.

27        The parties are currently in the process of finalizing the Settlement Agreement and

28 anticipate that the Agreement will be fully executed by all parties on or before Thursday,

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

                                         1
NOT OF STLMNT OF ACTION, STIP RE: TRIAL; [PROPOSED] ORDER    CASE NO. CV 11-04438 JSW

1   February 28, 2013, with payment of the settlement proceeds to follow within fifteen (15) business

2   days after Plaintiff executes the Agreement.

3          Defendant SEIU United Healthcare Workers-West agrees that it will not unreasonably

4   withhold the settlement proceeds once received from the carrier and will disburse the funds to

5   Plaintiff's counsel via overnight delivery as soon as possible.  Once the settlement proceeds have

6   been paid, Plaintiff will prepare and file a request that the Court dismiss the entire action with

7   prejudice.

8          Based on the settlement, the parties by and through their counsel hereby stipulate and

9   agree that all currently scheduled matters in this case can be taken off calendar and request that

10  the Court vacate the trial date and set a date by which the request for dismissal must be submitted.

11  Dated:  February 8, 2013                    WEINBERG, ROGER & ROSENFELD
                                                A Professional Corporation
12

13                                              /s/ Roberta D. Perkins
                                           By:  ROBERTA D. PERKINS
14                                              Attorneys for Defendant
                                                SEIU UNITED HEALTHCARE WORKERS-
15                                              WEST

16  Dated:  February 8, 2013                    SHERRY LYNN MINSON, ESQ.

17

18                                              /s/ Sherry L. Minson
                                           By:  SHERRY LYNN MINSON
19                                              Attorneys for Plaintiff
                                                SARAH STEWART

20                                  **ORDER**

21         Pursuant to stipulation, IT IS SO ORDERED.  Plaintiff shall submit a request for

22  dismissal of the entire action with prejudice no later than  March 15                , 2013.

23

24  Dated:  February 11, 2013

25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
26  129459/703601

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOT OF STLMNT OF ACTION, STIP RE: TRIAL; [PROPOSED] ORDER   CASE NO. CV 11-04438 JSW