ROBERTA D. PERKINS, Bar No. 153074
BRUCE A. HARLAND, Bar No. 230477
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  rperkins@unioncounsel.net

Attorneys for Defendant
SEIU UNITED HEALTHCARE WORKERS-WEST

SHERRY LYNN MINSON, Bar No. 203038
28401 First Gate Road
Willits, California 95490
Telephone/Facsimile  (707) 459-4869
Email: slminson@gmail.com

Attorney for Plaintiff
SARAH STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STEWART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SEIU UNITED HEALTHCARE WORKERS-WEST (SEIU Local 2005),<br><br>　　　　　　Defendant. | No. CV 11-04438 JSW<br><br>**NOTICE OF SETTLEMENT OF ACTION, STIPULATION REGARDING TRIAL; [PROPOSED] ORDER**<br><br>Judge:　　Hon. Jeffrey S. White<br><br>Trial Date: March 11, 2013 |

The parties participated in a settlement conference with Magistrate Judge Elizabeth LaPorte on January 18, 2013, and reached an agreement in principal to fully resolve all remaining claims in the case. The terms of the settlement were confirmed on the record and the agreement reached was binding as to all parties.

The parties are currently in the process of finalizing the Settlement Agreement and anticipate that the Agreement will be fully executed by all parties on or before Thursday,

---

1

NOT OF STLMNT OF ACTION, STIP RE: TRIAL; [PROPOSED] ORDER     CASE NO. CV 11-04438 JSW

February 28, 2013, with payment of the settlement proceeds to follow within fifteen (15) business days after Plaintiff executes the Agreement.

    Defendant SEIU United Healthcare Workers-West agrees that it will not unreasonably withhold the settlement proceeds once received from the carrier and will disburse the funds to Plaintiff's counsel via overnight delivery as soon as possible. Once the settlement proceeds have been paid, Plaintiff will prepare and file a request that the Court dismiss the entire action with prejudice.

    Based on the settlement, the parties by and through their counsel hereby stipulate and agree that all currently scheduled matters in this case can be taken off calendar and request that the Court vacate the trial date and set a date by which the request for dismissal must be submitted.

Dated: February 8, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Roberta D. Perkins
ROBERTA D. PERKINS
Attorneys for Defendant
SEIU UNITED HEALTHCARE WORKERS-WEST

Dated: February 8, 2013

SHERRY LYNN MINSON, ESQ.

By: /s/ Sherry L. Minson
SHERRY LYNN MINSON
Attorneys for Plaintiff
SARAH STEWART

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Plaintiff shall submit a request for dismissal of the entire action with prejudice no later than __March 15__, 2013.

Dated: February 11, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

129459/703601

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOT OF STLMNT OF ACTION, STIP RE: TRIAL; [PROPOSED] ORDER   CASE NO. CV 11-04438 JSW