Sherry Lynn Minson, Esq. - State Bar No. 203038
28401 First Gate Road
Willits, California 95490

E-mail: minson@starband.net

Telephone/Fax: (707) 459-4869

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STEWART, | No. CV 11-04438 JSW |
| Plaintiff, | PLAINTIFF'S REQUEST FOR DISMISSAL [PROPOSED] ORDER |
| vs. | |
| SEIU UNITED HEALTHCARE WORKERS-WEST (SEIU Local 2005), | Judge: Hon. Jeffrey S. White |
| Defendants | |

TO THE COURT AND ALL PARTIES:

All parties having reached satisfactory mutual agreement as to all outstanding issues, Plaintiff Sarah Stewart respectfully requests that dismissal of this action in its entirety be entered, with prejudice.

STEWART v. SEIU UNITED HEALTHCARE WORKERS WEST et al. No. CV 11-04438 JSW– REQUEST FOR ENTRY OF DISMISSAL; [PROPOSED] ORDER- 1

Dated this 14th day of March, 2013

By /S/ Sherry Lynn Minson
Sherry Lynn Minson, Esq. -
State Bar No. 203038

Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated: March 18, 2013 _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE